# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br>ERNEST JOHNSON<br><br>Debtors | Case No. 13-30312 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Curtis C. Reding, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/06/2013.

2) The plan was confirmed on 04/22/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 02/24/2016.

6) Number of months from filing to last payment: 37.00.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,000.00.

10) Amount of unsecured claims discharged without payment: $11,094.42.

ERNEST JOHNSON
4110 FITZPATRICK BLVD APT 1807
MONTGOMERY, AL 36116

**UST Form 101-13-FR-S (4/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,740.00 |
| Less amount refunded to debtor | $413.08 |

**NET RECEIPTS:** **$5,326.92**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $256.29 |
| Other | $4.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$2,760.29**

Attorney fees paid and disclosed by debtor:   $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARON SALES & LEASE OWNERSHIP | Secured | NA | NA | NA | 0.00 | 0.00 |
| ALABAMA EMERGENCY ROOM ADM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ALABAMA ER ADMIN SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ALABAMA ER ADMIN SVCS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ALABAMA ER ADMINISTRATIVE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ALLEN MOTORS | Secured | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 16.62 |
| AMERICAN CREDIT ACCEPT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BAPTIST HEALTH SERVICES | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| BAPTIST MEDICAL CENTER SOUTH | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BROOKVIEW APTS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CASH CENTRAL | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES INC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES INC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| COLONIAL FINANCE CO | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| COLONIAL FINANCE CO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| COVINGTON CREDIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| COVINGTON CREDIT OF ALABAMA # | Unsecured | 700.00 | 618.46 | 618.46 | 127.92 | 0.00 |
| CREDIT EXPRESS | Unsecured | 250.00 | 318.00 | 318.00 | 65.78 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| DEKALB COUNTY GEORGIA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DEKALB MEDICAL CENTER | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EAST SIDE LENDERS | Unsecured | 250.00 | 810.00 | 810.00 | 167.54 | 0.00 |
| EASY MONEY | Unsecured | 441.25 | NA | NA | 0.00 | 0.00 |
| HSBC/TAX | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 1,676.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 458.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JACKSON EMER PHYS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JACKSON EMER PHYS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JACKSON ER PHYSICANS LLC. | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JACKSON ER PHYSICANS LLC. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JACKSON FAMILY MEDICINE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JACKSON FAMILY MEDICINE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JACKSON HOSPITAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 350.00 | 350.00 | 72.39 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 187.16 | 187.16 | 38.71 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 405.38 | 405.38 | 83.85 | 0.00 |
| MONEY TREE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY RADIOLOGY ASSOCI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NORTHGATE TOWNHOUSES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ONE STOP CASH | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Unsecured | NA | 816.02 | 816.02 | 168.79 | 0.00 |
| RADIOLOGY GROUP JACKSON | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| REGIONS BANK | Unsecured | 620.02 | 510.44 | 510.44 | 105.58 | 0.00 |
| RJM ACQUISITIONS FUNDING LLC | Unsecured | NA | 129.48 | 129.48 | 26.75 | 0.00 |
| SMALL LOANS INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN MANAGEMENT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| STATE OF GEORGIA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| STERLING & KING INC | Unsecured | 719.00 | NA | NA | 0.00 | 0.00 |
| THE HEALTH CARE AUTHORITY | Unsecured | NA | 123.34 | 123.34 | 25.48 | 0.00 |
| WESTERN FINANCE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| WESTERN SHAMROCK | Unsecured | 300.00 | 378.10 | 378.10 | 78.21 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 900.00 | 913.80 | 913.80 | 189.01 | 0.00 |
| WORLD FINANCE CORP | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,400.00 | $1,400.00 | $16.62 |
| **TOTAL SECURED:** | **$1,400.00** | **$1,400.00** | **$16.62** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$5,560.18** | **$1,150.01** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $2,760.29 |
| Disbursements to Creditors | $2,566.63 |
| **TOTAL DISBURSEMENTS** : | **$5,326.92** |

    11) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/03/2016       By: /s/ Curtis C. Reding
Office of the Chapter 13 Trustee       Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.